# CINDY H. POPKIN
### ATTORNEY AT LAW

MAILING ADDRESS:

POST OFFICE BOX 37602
RALEIGH, NORTH CAROLINA 27627

TELEPHONE
(919) 852-4873

TELEFAX
(919) 851-1690

April 21, 2016

Patricia S. Connor
U.S. Clerk of Court for the 4th Circuit Court of Appeals
1100 E. Main Street
Suite 501
Richmond, VA  23219-3517

Re:  14-4956(L) U.S. vs. Bennie Joseph Dunlap, III

Dear Honorable U.S. Clerk of Court:

    I am sending you this letter inquiring about the status of the above appeal. I received a Rule 34 Notice on December 3, 2015, and just want to make sure that it is still in the queue.

Sincerely,

*[signature]*

Cindy H. Popkin-Bradley

1