FILED: May 12, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4956 (L)
(5:12-cr-00282-BO-1)
_____

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

 v.

BENNIE JOSEPH DUNLAP, III,

  Defendant - Appellant.

_____

No. 14-4957
(5:10-cr-00186-BO-1)
_____

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

 v.

BENNIE JOSEPH DUNLAP, III,

  Defendant - Appellant.

_____

O R D E R

_____

The parties are directed to file supplemental briefs of no more than 15 pages on the following issue:

> Whether the district court's handling of the revocation proceedings violated appellant's due process right to a "fair trial in a fair tribunal[.]" In re: Murchison, 349 U.S. 133, 136 (1955).

The briefs should be filed by June 1, 2016.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk