FILED: May 31, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4956 (L)
(5:12-cr-00282-BO-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BENNIE JOSEPH DUNLAP, III

      Defendant - Appellant

_____

C O R R E C T E D   O R D E R
_____

The court grants the motion for extension and extends the time for filing the supplemental briefs to June 22, 2016. Additional requests for extensions shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk